Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SLOWINSKI, individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EVERALBUM, INC., <br><br> Defendant. | Case No. 3:20-cv-02678-CRB <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES, by and through their attorneys, to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

///

Respectfully submitted this 25th Day of September, 2020,

LAW OFFICES OF TODD M. FRIEDMAN P.C.

By: /s/Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff

By:   /s/ Michelle A. Kisloff
Michelle A. Kisloff
HOGAN LOVELLS US LLP
Attorney for Defendant

Filed electronically on this 25th Day of September, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded on the Electronic Service List.

This 25th Day of September, 2020.

/s/Todd M. Friedman
TODD M. FRIEDMAN