# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SLOWINSKI, individually and on behalf of other members of the general public similarly situated, | Case No. 3:20-cv-02678-CRB |
| Plaintiff, | **~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS** |
| vs. | |
| EVERALBUM, INC., | |
| Defendant | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this  September 29, 2020

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE